U.S. Patent No. 10,883,290
*Burt et al.*
Vertical Cable Rail Barrier

| U.S. Pat. No. 10,883,290 | Westbury Verticable Aluminum Railing |
|---|---|
| **Independent Claim 1** | |
| A barrier, comprising: | <br>FIGURE 10 - WESTBURY® VERTICABLE SERIES STYLE C80 ALUMINUM RAILING SYSTEM (42" TALL) |

Exhibit B



U.S. Patent No. 10,883,290
*Burt et al.*
Vertical Cable Rail Barrier

| | |
|---|---|
| a top rail comprising a top web portion and a pair of top leg portions extending from the top web portion, the top web portion defining a plurality of top through holes spaced apart along the top web portion; |   |
| a bottom rail comprising a bottom web portion and a pair of bottom leg portions extending from the bottom web portion, the bottom web portion defining a plurality of bottom through holes spaced apart along the bottom web portion and aligned with the top through holes; |   |

Exhibit B to Complaint

U.S. Patent No. 10,883,290
Burt et al.
Vertical Cable Rail Barrier

| | |
|---|---|
| a rigid support member vertically extending between the top rail and the bottom rail; |  FIGURE 10 - WESTBURY® VERTICABLE SERIES STYLE C80 ALUMINUM RAILING SYSTEM (42" TALL) |

Exhibit B to Complaint

U.S. Patent No. 10,883,290
*Burt et al.*
Vertical Cable Rail Barrier

a first vertical cable disposed adjacent the rigid support member, a top end of the first vertical cable received in and directly attached to a hollow tubular shank of a first top swage fitting and a bottom end of the first vertical cable received in and directly attached to a hollow tubular shank of a first bottom swage fitting, the top end of the first vertical cable extending through one of the plurality of top through holes, and the bottom end of the first vertical cable extending through one of the bottom through holes disposed in vertical alignment with the one top through hole;

FIGURE 10 - *WESTBURY® VERTICABLE* SERIES STYLE C80 ALUMINUM RAILING SYSTEM (42" TALL)

Bottom swage fitting

Top swage fitting

Exhibit B to Complaint

U.S. Patent No. 10,883,290
Burt et al.
Vertical Cable Rail Barrier



a second vertical cable disposed adjacent the rigid support member, a top end of the second vertical cable received in and directly attached to a hollow tubular shank of a second top swage fitting and a bottom end of the second vertical cable received in and directly attached to a hollow tubular shank of a second bottom swage fitting, the top end of the second vertical cable extending through another of the plurality of top through holes, and the bottom end of the second vertical cable extending through another of the bottom through holes disposed in vertical alignment with the another top through hole; and

5

USDC IN/ND case 3:21-cv-00014   document 1-2   filed 01/08/21   page 6 of 6

U.S. Patent No. 10,883,290
*Burt et al.*
Vertical Cable Rail Barrier



Adjustable end member

wherein the first and second bottom swage fittings are each coupled to an adjustable end member, each one of the pair of bottom leg portions extending beyond and concealing the adjustable end members therebetween, wherein adjusting the adjustable end member adjusts a tension in the respective first and second vertical cables.

6